CLOSED, CV, JRTLC2

# U.S. District Court
# District of Minnesota (DMN)
# CIVIL DOCKET FOR CASE #: 0:08−cv−00636−JRT−FLN

DesMarais v. Davol, Inc. et alDO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT.
Assigned to: Judge John R. Tunheim
Referred to: Magistrate Judge Franklin L. Noel
Cause: 28:1332−pip−Diversity−Personal Injury, Product Liability

Date Filed: 03/07/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Brenda L. DesMarais**

represented by

**Charles H Johnson**
Charles H Johnson &Associates, PA
2599 Mississippi St
New Brighton, MN 55112
651−633−5685
Fax: 651−633−4442
Email: johnsonbarbara5@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C.R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/07/2008 | " 1 | COMPLAINT against Davol, Inc., C.R. Bard, Inc. (Filing fee $ 350 receipt number 4020746) Filed by Brenda L. DesMarais. Assigned to Judge John R. Tunheim per Master List and referred to Magistrate Judge Franklin L. Noel. (Attachments: # 1 Civil Cover Sheet) (akl) (Entered: 03/07/2008) |
| 03/07/2008 | " | Summons Issued as to Davol, Inc., C.R. Bard, Inc.. (akl) (Entered: 03/07/2008) |
| 03/20/2008 | " 2 | REQUEST FOR WAIVER of Service sent to Mr. Brian L. Burlew (Defense Counsel for Service of Process) on 3/20/2008 by Brenda L. DesMarais. Waiver of Service due by 4/21/2008. (Attachments: # 1 Attached Waiver of Service of Summons Form, # 2 Certificate of Service)(Johnson, Charles) (Entered: 03/20/2008) |
| 04/03/2008 | " 3 | WAIVER OF SERVICE Returned Executed filed by Brenda L. DesMarais. Davol, Inc. waiver sent on 3/20/2008, answer due 5/19/2008; C.R. Bard, Inc. waiver sent on 3/20/2008, answer due 5/19/2008. (Attachments: # 1 Cover Letter re Waiver Executed)(Johnson, Charles) (Entered: 04/03/2008) |
| 04/16/2008 | " 4 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER (CTO−17), transferring case to the District of Rhode Island per MDL Panel for coordinated or consolidated |

| | | |
|---|---|---|
| | | pretrial proceedings. Case assigned to Judge Mary M. Lisi. (akl) (Entered: 04/22/2008) |